**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1257**

TOIVANIA E. GILL,

    Plaintiff - Appellant,

  v.

FOOD LION LLC; AHOLD DELHAIZE,

    Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:24-cv-00152-TTC-CKM)

Submitted:  July 29, 2025        Decided:  July 31, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Toivania Ereachia Gill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toivania E. Gill seeks to appeal the district court's order granting Food Lion LLC's and Ahold Delhaize's motions to dismiss and dismissing Gill's amended complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 10, 2025, and the appeal period expired on March 12, 2025. Gill filed the notice of appeal on March 17, 2025. Because Gill failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2